DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

XAVIER VANELLISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1105

_____

June 26, 2026

Appeal from the Circuit Court for Pinellas County; Joseph Anthony
Bulone, Judge.

Brian Allen, Public Defender, and Dane K. Chase, Special Assistant
Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and William C. Shelhart, Senior
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.